# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/4/2015 6:02:37 PM
CHRISTOPHER A. PRINE
Clerk

DATE: FEB. 27, 2015

NOTICE OF APPEALS
ASSIGNMENT OF COURT THE COURT OF APPEALS

TO:          14TH  COURT OF APPEALS

From:        Deputy Clerk: PHYLLIS WASHINGTON
             Chris Daniel, District Clerk
             Harris County, T E X A S

CAUSE:   2014-12614                189TH DISTRICT COURT OF HARRIS COUNTY

VOLUME _____   PAGE _____      OR       IMAGE # 63954747

DUE   03-24-15                     ATTORNEY TBN #04618100

NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE  14TH COURT OF APPEALS

DATE ORDER SIGNED:     01-23-15

MOTION FOR NEW TRIAL/REQUEST FOR FINDINGS OF FACT; DATE: FILED   NONE

REQUEST TRANSCRIPT DATE FILED       NONE

NOTICE OF APPEAL DATE FILED          02-20-15

NUMBER OF DAYS: ( CLERKS RECORD )  60

FILE ORDERED:   YES ☐    NO ☒   IMAGED FILED:   YES ☒   NO ☐

CODES FOR NOTICE OF APPEAL:   BC , C, OA

CHRIS DANIEL
Harris County, District Clerk

By:   /s/PHYLLIS WASHINGTON
        PHYLLIS WASHINGTON, Deputy

BC        NOTICE OF APPEAL FILED
BG        NOTICE OF APPEAL FILED – GOVERNMENT
C         JUDGMENT BEING APPEALED
D -       ACCELERATED APPEAL
OA        NO CLERK'S RECORD REQUEST FILED
O         CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA        AMENDED NOTICE OF APPEAL

**CAUSE NO. 2014-12614**

| | | |
|---|---|---|
| ELIZABETH CARDONA, | § | IN THE DISTRICT COURT OF |
| Plaintiff | § | |
| | § | |
| vs. | § | HARRIS COUNTY, T E X A S |
| | § | |
| TOBY PAUL COUCHMAN, | § | |
| STARTEX TITLE COMPANY LLC, | § | |
| and PRO-SURV, an unincorporated | § | |
| association, | § | |
| Defendants. | § | 189th JUDICIAL DISTRICT |

## PLAINTIFF ELIZABETH CARDONA'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Elizabeth Cardona (hereinafter "Plaintiff") files this Notice of Appeal pursuant to *Texas Rules of Appellate Procedure* Rule 25.1(d). The proper trial court, trial court number, and style of this case are set forth in the caption above. Plaintiff desires to and is appealing from an order to dismiss signed and dated January 23, 2015. (Ex. A).

Respectfully submitted,

_____
Robert L. Collins
Texas Bar No. 04618100
Audrey E. Guthrie
Texas Bar No. 24083116
P.O. Box 7726
Houston, Texas 77270-7726
(713) 467-8884
(713) 467-8883 Facsimile

Christopher D. Lewis
Texas Bar No. 24032546
1721 West T.C. Jester Blvd.
Houston, Texas 77008
Telephone: (713) 553-4104

1

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February, 2015, a true and correct copy of the foregoing Plaintiff's Notice of Appeal was served on the following by certified mail, return receipt requested, e-service and/or facsimile to:

Paul J. McConnell, III
DeLange, Hudspeth, McConnell & Tibbets, LLP
1177 West Loop South, Suite 1700
Houston, TX 77027
Facsimile (713) 871-2020

_____
Robert L. Collins

CAUSE NO. 2014-12614

| ELIZABETH CARDONA | § | IN THE DISTRICT COURT OF |
|---|---|---|
| PLAINTIFF | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| TOBY PAUL COUCHMAN, | § | |
| STARTEX TITLE COMPANY LLC, AND | § | |
| PRO-SURV, AN UNINCORPORATED | § | |
| ASSOCIATION, | § | |
| | § | |
| DEFENDANTS. | § | 189TH JUDICIAL DISTRICT |

## FINAL JUDGMENT

After considering Startex Title Company, LLC's No-Evidence and Traditional Motion for Summary Judgment, the pleadings, the response, reply, affidavits, and other summary judgment evidence on file, the Court

GRANTS the Motion for Summary Judgment.

Accordingly, the Court ORDERS that Plaintiff, Elizabeth Cardona, take nothing on her causes of action against Startex Title Company, LLC. All costs of court are assessed against Plaintiff. Since Plaintiff previously non-suited the other Defendants, this is a final judgment and disposes of all issues and parties to this suit.

SIGNED this the 23 day of January, 2015.

_____
PRESIDING JUDGE

FILED
Chris Daniel
District Clerk

JAN 23 2015

'ie: _____
Harris County, Texas

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM    MAR 04, 2015(C1)
INT6510                   CIVIL CASE INTAKE               OPT: _____  -  INT
                      GENERAL PARTY INQUIRY               PAGE:   1  -    1

CASE NUM: 201412614__ PJN> __  TRANS NUM: _____ CURRENT COURT: 189 PUB? _
CASE TYPE: BREACH OF CONTRACT           CASE STATUS: DISPOSED (FINAL)
STYLE: CARDONA, ELIZABETH             VS COUCHMAN, TOBY PAUL
=============================================================================
                     **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME            PTY   ASSOC. ATTY
  NUM    NUMBER                                         STAT
 _     00006-0001 AGT         STARTEX TITLE COMPANY LLC MAY
 _     00005-0001 AGT         PRO-SURV MAY BE SERVED BY SERV
 _     00004-0001 DEF 00791212 PRO-SURV                  D   MCANINCH, DOU
 _     00003-0001 DEF 13447500 STARTEX TITLE COMPANY LLC     MCCONNELL, PA
 _     00002-0001 DEF 24032085 COUCHMAN, TOBY PAUL        D   FOLEY, ZANDRA
 _     00001-0001 PLT 04618100 CARDONA, ELIZABETH            COLLINS, ROBE


==> (6) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY    4=ISS. SERV.   5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD      9=PTY. ADDR.  10=REFRESH   11=HELP
```